**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 309 WAL 2023

Respondent

v.

JAMELL RASHAAD JACKSON,

Petitioner

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision in this matter.